(3) Pages
SCOTT LYONS    SBN 103931
Attorney At Law
LOUIS LYONS    SBN 282499
Attorney At Law
1010 West Main Street
Visalia, CA 93291
Telephone: (559) 636-8122
Facsimile: (559) 636-0463
scottlyons@lyons4justice.com

Attorney for Debtor(s)

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA

In re:

DENISE MYVAL JACKSON

Debtor(s)

Case No: 24-13508-B-13
Chapter 13

DC No.: SL-1

Date: March 12, 2025
Time: 9:30 a.m.
Dept.: B
Place: Courtroom 13, 5th Floor
2500 Tulare St.
Fresno, California
Judge: Honorable Rene Lastreto II

## NOTICE OF MOTION TO VALUE COLLATERAL OF MOUNTAIN AMERICA CREDIT UNION UNDER 11 U.S.C §506(a) AND (d)

TO: Mountain America Credit Union

The above Debtor has filed a Chapter 13 Plan, a copy of which is being served herewith upon you, (Please see Debtor Chapter 13 Plan as Exhibit "C"). The plan includes a motion seeking to value the 2019 Jeep Cherokee, VIN: 1C4PJMLXXKD211701, you hold as collateral for your debt. The effect of that motion, if granted, will be to fix the value of your secured claim at the value of the collateral net of senior liens, if any, with the remainder of your claim being unsecured. The plan proposes to pay the secured portion of your claim with interest at 9.0% per annum with a monthly dividend payment of $244.95. Regarding the unsecured portion of your

1 claim, unsecured creditors are proposed to be paid 100% of the allowed amount of their claim
2 under the proposed plan. You will receive 0% interest on the unsecured portion of your claim.
3     A hearing will be held on the motion to value your collateral on February 26, 2024 at 9:30
4 a.m., in Department B, Courtroom 13 on the Fifth Floor of the United States Bankruptcy Court for
5 the Eastern District of California, Fresno Division, located at 2500 Tulare Street, Fresno, CA
6 93721.
7     Pursuant to Local Bankruptcy Rules, any opposition to the granting of this motion shall be
8 in writing, supported by evidence, and shall be filed with the clerk of the bankruptcy court house
9 and served on the Office of U.S. Trustee; Lilian G. Tsang, Chapter 13 Trustee; Scott Lyons
10 Attorney at Law; and the Debtor(s). Any opposition shall be filed by the responding parties not
11 less than fourteen (14) days preceding the noticed date of hearing. Without good cause, no party
12 will be heard in opposition to the Motion at oral argument if written opposition to the Motion has
13 not been timely filed. The failure of the responding party to timely file written opposition may be
14 deemed a waiver of any opposition to the granting of the Motion.

| | |
|---|---|
| 15   The Trustee's address is: | Office of the U.S. Trustee |
|       Lilian G. Tsang, Esq. | United States Courthouse |
| 16   Chapter 13 Trustee | 2500 Tulare Street, Rm. 1401 |
|       PO Box 3051 | Fresno, CA 93721 |
| 17   Modesto, CA 95353-3051 | |
| 18   Debtor's Attorney's Address is: | The Debtor's Address is: |
|       Scott Lyons | Denise Myval Jackson |
| 19   Attorney at Law | 1711 W Henderson Ave Apt. 115 |
|       1010 W. Main St. | Porterville, CA 93257 |
| 20   Visalia, CA 93291 | |

21     Further, the Court may resolve the matter without oral argument unless written opposition
22 and supporting evidence are filed with the Court and served on the moving party and the Court.
23     **Pursuant to Local Rule 9014-1(d)(3)(B)(iii)**: **Please be advised that respondents can**
24 **determine whether this matter has been resolved without oral argument, and whether the**
25 **Court has issued a tentative or final ruling by reviewing the United States Bankruptcy**
26 **Court for the Eastern District of California's website at www.caeb.uscourts.gov after 4:00**
27 **p.m. the day before the hearing. Also be advised that parties appearing telephonically must**
28

review the pre-hearing dispositions prior to the hearing.

Dated: 1-24-2025

Scott Lyons, Attorney for Debtor(s)