(3) Pages
SCOTT LYONS     SBN 103931
Attorney At Law
LOUIS LYONS     SBN 282499
Attorney At Law
1010 West Main Street
Visalia, CA 93291
Telephone: (559) 636-8122
Facsimile: (559) 636-0463
scottlyons@lyons4justice.com

Attorney for Debtor(s)

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No: 24-13508-B-13 |
| | Chapter 13 |
| DENISE MYVAL JACKSON | |
| | DC No.: SL-1 |
| | |
| | Date: March 12, 2025 |
| Debtor(s) | Time: 9:30 a.m. |
| | Dept.: B |
| | Place: Courtroom 13, 5th Floor |
| | 2500 Tulare St. |
| | Fresno, California |
| | Judge: Honorable Rene Lastreto II |

**DECLARATION OF DENISE MYVAL JACKSON SUPPORT OF MOTION TO VALUE COLLATERAL OF MOUNTAIN AMERICA CREDIT UNION UNDER 11 U.S.C §506(a) AND (d)**

I, Denise Myval Jackson, hereby declare as follows:

1. I am the Debtor in the above-caption case. I have personal knowledge of the facts stated in this declaration. If the Court or a party were to call upon me to do so, I could and would competently testify to the facts stated herein under oath.

2. At the time that I commenced the above-captioned case, I owned, and still own, a 2019 Jeep Cherokee VIN 1C4PJMLXXKD211701 (hereinafter the "Subject Vehicle") with a mileage of 70,500, I use for my personal use.

3. As of the commencement of our case, the Subject Vehicle value of $12,096.00 pursuant

to our personal knowledge as the vehicle owners-operators. My personal knowledge is further corroborated by the Kelly Blue Book Private Party Value attached as Exhibit A.

4. I use my vehicle for personal, family and household purposes.

5. I originally obtained the purchased money loan in the amount of $30,566.41 on the 2019 Jeep Cherokee on March 30, 2022, Mountain America Credit Union is the lien holder to which I currently owe $21,062.00 on the purchase money loan. Attached as Exhibit "B" is a copy of the Retail Installment Sale Contract.

6. I value the vehicle at $12,096.00 based on Kelly Blue Book Private Party value and pursuant to my personal knowledge as the vehicle's owner-operator. Attached as Exhibit "A" is a copy of the current Kelly Blue Book Private Party value report, which values the vehicle at $12,096.00.

7. As of the commencement of my case, the Subject Vehicle was encumbered by the following lien: Mountain America Credit Union in the amount owed of $21,062.00.

8. The purchase money loan held by Mountain America Credit Union against the Subject Vehicle was incurred on March 30, 2022, I filed my Chapter 13 Voluntary Petition on December 5, 2024 more than 910 days after the purchase money debt on the subject was incurred.

9. I respectfully request that the Court accept $12,096.00 as the replacement value of my vehicle, and upon completion of paying $12,096.00 through my Chapter 13 plan, and upon entry of discharge in our case, that our vehicle be deemed paid in full, and that the lien of Mountain America Credit Union will not constitute an encumbrance of our vehicle.

///
///
///
///
///
///

I declare under penalty of perjury that the foregoing is true and correct, and that I executed this declaration in Visalia, California.

Date: 1/23/2025

Denise Myval Jackson, Debtor

- 3 -