(2) Pages
SCOTT LYONS     SBN 103931
Attorney At Law
LOUIS LYONS     SBN 282499
Attorney At Law
1010 West Main Street
Visalia, CA 93291
Telephone: (559) 636-8122
Facsimile: (559) 636-0463
scottlyons@lyons4justice.com

Attorney for Debtor(s)

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No: 24-13508-B-13 |
| | Chapter 13 |
| DENISE MYVAL JACKSON | |
| | DC No.: SL-1 |
| | |
| | Date: March 12, 2025 |
| Debtor(s) | Time: 9:30 a.m. |
| | Dept.: B |
| | Place: Courtroom 13, 5th Floor |
| | 2500 Tulare St. |
| | Fresno, California |
| | Judge: Honorable Rene Lastreto II |

**ORDER GRANTING MOTION TO VALUE COLLATERAL OF MOUNTAIN AMERICA CREDIT UNION UNDER 11 U.S.C §506(a) AND (d)**

    **IT IS ORDERED** that the motion to value the collateral of Mountain America Credit Union for the 2019 Jeep Cherokee, VIN: 1C4PJMLXXKD211701, is hereby granted. The secured claim of Mountain America Credit Union as related to their proof of claim numbered 21-1 filed on February 24, 2025 is determined to be $12,096.00, and the remainder of their claim is unsecured.

///

///

///

Any otherwise timely and valid claim filed by the creditor shall be allowed as stated above for the amount of $12,096.00 as a secured claim and the remaining balance as an unsecured claim in the Chapter 13 plan. This order shall be effective upon confirmation of the Chapter 13 Plan.

**IT IS SO ORDERED.**

Dated: Mar 14, 2025

By the Court

René Lastreto II, Judge
United States Bankruptcy Court